IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS MOWREY,

    Plaintiff,

v.                                                                                     No. 2:19-cv-00927-JAP-GBW

STATE OF NEW MEXICO, et al.,

    Defendants.

## FINAL JUDGMENT

In accordance with Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order of Dismissal,

    **IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**